# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**BRIAN TETTAMANTI,**

                    **Petitioner,**

**v.**                                              **Case No:  6:15-cv-426-Orl-37KRS**

**SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS
and ATTORNEY GENERAL, STATE
OF FLORIDA,**

                    **Respondents.**
_____/

## ORDER

This cause is before the Court on the following motions:

1.      Petitioner has filed Motions for Leave to Proceed In Forma Pauperis on Appeal (Doc. Nos. 26, 28).  Upon consideration, it is **ORDERED** that Petitioner's motions are **DENIED**.  Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right.   Thus, Petitioner is not entitled to appeal as a pauper and shall pay the appellate filing fee as required by 28 U.S.C. § 1915(a).certain motions filed by Petitioner, which are set forth below.

2.      Petitioner has filed a Request for a Certificate of Appealability (Doc. 25). Upon consideration, it is **ORDERED** that Petitioner's motion is **DENIED**.   This Court should grant an application for certificate of appealability only if Petitioner makes "a

substantial showing of the denial of a constitutional right."   28 U.S.C. § 2253(c)(2).

Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE** and **ORDERED** in Orlando, Florida on March 25th, 2016.



ROY B. DALTON JR.
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party
OrlP-2 3/25